**CORNERSTONE REALTY**

v.

**ZONING BOARD OF REVIEW OF the CITY OF WARWICK et al.**

No. 80-161-M.P.

Supreme Court of Rhode Island.

May 29, 1980.

Robinson & Resnick, Sanford J. Resnick, Paul K. Sprague, Warwick, for petitioner.

Frederick A. Costello, Asst. City Sol., Warwick, for respondent.

## ORDER

The petition for writ of certiorari is denied.

**Bruce B. LANDRIGAN**

v.

**William J. McELROY.**

No. 80-213-A.

Supreme Court of Rhode Island.

May 29, 1980.

William Y. Chaika, Cranston, for plaintiff.

William J. Toohey, City Sol., Warwick, for defendant.

## ORDER

The defendant is directed to file his brief on or before July 8, 1980. Action on plaintiff's motion to modify or vacate the stay granted in the Superior Court is hereby deferred until defendant's brief is filed.

**Marie ROY**

v.

**Richard ROY**

No. 78-429-A.

Supreme Court of Rhode Island.

May 29, 1980.

Torgen & Callaghan, Edward H. Torgen, North Kingstown, for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendant-petitioner.

## ORDER

This case is assigned to the October, 1980 *show cause* calendar. The petitioner Richard Roy is directed to appear and show cause why his appeal should not be dismissed in light of *Rock v. Rock*, 107 R.I. 172, 265 A.2d 640 (1970).